**Order filed March 21, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00117-CV

———————

### JOE GUADALUPE VASQUEZ AND MARIA GUADALUPE VASQUEZ, Appellants

### V.

### AMALIA PUGA, EDGAR PUGA, JUAN TAPIA, STATE BOND & MORTGAGE CO., Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-37844**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the  Court informed this court that appellants had not made arrangements for payment for the reporter's record. On February 28, 2013, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this

court with proof of payment for the record.  *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal on or before **April 22, 2013.**  If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


PER CURIAM